PER CURIAM.
 

 Affirmed without prejudice to any right Mr. McCormick may have to file a timely and facially sufficient motion, pursuant to Florida Rule of Criminal Procedure 3.850, seeking to withdraw his plea on the ground that it was involuntary because he was misadvised as to whether the East Pasco County sentences would be concurrent to previously imposed West Pasco County sentences.
 
 See Sawyers v. State,
 
 566 So.2d 942 (Fla. 2d DCA 1990);
 
 Raben v. State,
 
 715 So.2d 331 (Fla. 1st DCA 1998).
 

 SILBERMAN, VILLANTI, and LaROSE, JJ., Concur.